Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant,
Lancaster Colony Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET SCOTT, | ) |
| | ) Case No: 2:14-cv-00722 |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT LANCASTER COLONY** |
| | ) **CORPORATION'S CORPORATE** |
| LANCASTER COLONY CORPORATION, | ) **DISCLOSURE STATEMENT** |
| a corporation, and DOES I thru XXV, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lancaster Colony Corporation hereby discloses as follows:

Lancaster Colony Corporation is a private corporation organized under the laws of the state of Ohio with its principal place of business in Columbus, Ohio. Lancaster Colony Corporation is not a parent, subsidiary, or other affiliate of a publicly owned corporation. There is no publicly owned corporation that is not a party to the case that has a financial interest in the outcome.

DATED this 15 day of May, 2014.

Respectfully Submitted,
**BACKUS, CARRANZA & BURDEN**

By: _____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant Lancaster Colony Corporation*

1

## CERTIFICATE OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On _____May 15_____, 2014, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

☒ **VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
An employee of BACKUS, CARRANZA & BURDEN

2

## SERVICE LIST

| | | |
|---|---|---|
| Galen D. Schutt, Esq.<br>LAW OFFICES OF GALEN D. SCHUTT<br>8830 So. Maryland Parkway #115<br>Las Vegas, NV 89123<br>Tel: 702.685-8400<br>Fax: 702.685-8401 | Plaintiff | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ CM/ECF |